UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **MANNA MASSAQUOI,** | : | **CIV NO. 3:23-CV-349** |
| **Plaintiff,** | : | |
| v. | : | **(Magistrate Judge Carlson)** |
| **LEONARD ODDO, et al.,** | : | |
| **Defendants.** | : | |

## ORDER

AND NOW on this 13th day of November 2023, in accordance with the accompanying memorandum, IT IS ORDERED pursuant to 28 U.S.C. § 1406(a) that this case is transferred to the United States District Court for the Western District of Pennsylvania for all further proceedings.

<u>S/ Martin C. Carlson</u>
Martin C. Carlson
United States Magistrate Judge
